# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:09CV346 |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER FOR EXTENSION** |
| | ) | **OF TIME** |
| **ROBERT MORFORD,** | ) | |
| | ) | |
| **Defendant(s).** | ) | |

Upon the Plaintiff's Motion for an Extension of Time in which to file the Report of Parties' Rule 26(f) Planning Conference (filing number 8), and for good cause shown,

**IT IS ORDERED** that the Plaintiff's motion is granted. The Plaintiff is granted the additional thirty (30) days until April 1, 2010, in which to file the Report of Parties' Rule 26(f) Planning Conference.

**DATED February 26, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**