IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
| ) | |
| Plaintiff,     ) | |
| ) | 8:09CV346 |
| v.     ) | |
| ) | ORDER TO SEAL FILE |
| ROBERT MORFORD,     ) | |
| ) | |
| Defendant.     ) | |

This matter comes before this Court on the Motion to Seal File in the above-captioned proceedings for the limited purpose of obtaining a Writ of Garnishment.

IT IS HEREBY ORDERED that the motion (#28) is granted, and the Clerk of the District Court shall seal the file until the issuance of the Writs of Garnishment in this action at which time the documents filed pursuant to this Order shall be unsealed and place in the court file. The Clerk of District Court will serve a copy of this order and the Order to Issue Writ of Continuing Garnishment of the United States of America.

Dated this 26th day of September, 2011.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge