IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV346 |
| | ) | |
| V. | ) | |
| | ) | |
| ROBERT MORFORD, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Defendant Robert Morford, in response to a Clerk's Notice of Post-Judgment Garnishment (filing 33), filed a Claim for Exemption Form and requested a hearing (filing 36). However, Mr. Morford's Claim for Exemption Form does not indicate which exemptions from garnishment he is claiming.

Accordingly,

**IT IS ORDERED:**

1. Robert Morford's request for hearing (filing 36) is denied.

2. By or before December 9, 2011, Robert Morford may file an amended claim for exemption form which properly indicates which exemptions from garnishment he is claiming and, if desired, renews his request for a hearing.

3. The Clerk shall mail a copy of this order to Robert Morford via U.S. mail, postage pre-paid, at the address listed on his Claim for Exemption Form: 681 County Rd E, Friend, NE 68359.

**DATED November 22, 2011.**

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge